UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20004-CIV-ALTONAGA/BANDSTRA

THAIS CARDOSO ALMEIDA,

        Plaintiff,

v.

AMAZON.COM, INC., a Delaware
corporation,

        Defendant.



## NOTICE OF FILING AFFIDAVITS AND DISCOVERY RESPONSES

Defendant Amazon.com, Inc. ("Amazon.com"), by and through its undersigned counsel,

files Notice of Filing Affidavits and exhibits, including discovery responses, in support of its

Motion for Summary Judgment.  Affidavits filed include the Declaration of David R. Goodnight,

the Declaration of Sarah Spillman, and the Declaration of Melissa Kirmayer.

Respectfully submitted,

STOEL RIVES LLP
Attorneys for Amazon.com, Inc.
600 University Street, Suite 3600
Seattle, Washington 98101
 (206) 624-0900; (206) 386-7500 (Fax)

By:     David R. Goodnight, admitted pro hac vice
        Vanessa Soriano Power, admitted pro hac vice

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Defendant
P.O. Box 1900
Ft. Lauderdale, Florida 33302
(954) 527-2427; (954) 764-4027 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Notice of Filing Affidavits and Discovery Responses has been furnished by Hand Delivery this 7th day of June, 2004 to: Hendrik G. Milne, Esquire, Aballi Milne Kalil & Escagedo, P.A., 2250 SunTrust International Center, One Southeast Third Avenue, Miami, Florida 33131.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.
*Attorneys for Defendant Amazon.com, Inc.*
P.O. Box 1900
(200 East Broward Boulevard)
Ft. Lauderdale, FL 33302
Telephone (954) 527-2427
Facsimile (954) 333-4027

Beth-Ann E. Krimsky
Florida Bar No. 968412
Beth-Ann.Krimsky@ruden.com

STOEL RIVES, LLP
*Attorneys for Defendant Amazon.com, Inc.*
David R. Goodnight, Esq., admitted pro hac vice
Vanessa S. Power, Esq., admitted pro hac vice
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
drgoodnight@stoel.com
vspower@stoel.com

FTL:1225676:1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.   04-20004–CIV–ALTONAGA/BANDSTRA

THAIS CARDOSO ALMEIDA,

     Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

     Defendant.

_____/

## DECLARATION OF DAVID R. GOODNIGHT

David R. Goodnight makes this declaration on personal knowledge and says:

1.    I am an attorney of law admitted to practice in the States of Washington and Indiana and I am a member of the law firm of Stoel Rives LLP, One Union Square, Suite 3600, 600 University, Seattle, Washington 98101-3197.  I have acted as counsel for the defendants in this and various matters. I am personally familiar with the facts set forth herein.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Response to Request for Admissions, dated May 10, 2004.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Response to First Set of Interrogatories, dated May 10, 2004.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the cover and publication pages of Fabio Cabral's second edition of *Anjos Proibidos* which was published by Ophelia Editions in 2000.

5.    Attached hereto as **Exhibit D** is a true and correct copy of a letter dated March 6, 2003 from Almeida to Amazon.com.

1



6.      Attached hereto as **Exhibit E** is a true and correct copy of a letter dated March 11, 2003 from Amazon.com to Almeida.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Barnes & Noble electronic web listings.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

David R. Goodnight

DATED: June 4, 2004


STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )


On the 4th day of June, 2004, personally appeared before me DAVID R. GOODNIGHT, to me known to be the individual described in and who executed the within foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

WITNESS my hand and official seal this _4th_ day of June, 2004.

Signature: Karen L. Curtis
Name (Print): Karen L. Curtis
Notary Public in and for the State of Washington,
Residing in Everett, WA
My appointment expires:   05-29-07

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-2004-CIV-ALTONAGA/BANDSTRA

THAIS CARDOSO ALMEIDA,

       Plaintiff,

v.

AMAZON.COM, INC.,
a Delaware Corporation

       Defendant,

_____/

## PLAINTIFF'S RESPONSE TO
## REQUEST FOR ADMISSIONS

Plaintiff, THAIS CARDOSO ALMEIDA, pursuant to Fed.R.Civ.P. 36, provides the

attached responses to Defendant's Request for Admission.

ABALLI MILNE KALIL & ESCAGEDO, P.A.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel:    (305) 373-6600
Fax:   (305) 373-7929

Hendrik G. Milne
Florida Bar No. 335886
Carlos F. Osorio
Florida Bar No. 597546

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the above were sent by fax and U.S. Mail on May 10th, 2004, to the offices of counsel for the Defendant, Beth-Ann E. Krimsky, Esq., Ruden, McClosky, Smith, Schuster & Russell, P.A., P.O. Box 1900, 200 East Broward Boulevard, Ft. Lauderdale, FL 33302, and Vanessa S. Power, Esq., 600 University Street, Suite 3600, Seattle, Washington 98101.

Carlos F. Osorio

2

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**   Admit that Amazon.com, Inc. did not have knowledge that Plaintiff's photograph was published in *Anjos Proibidos* without her consent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

**Denied.** Amazon.com, Inc. had positive information that the Plaintiff's image was used in the Ophelia Editions book, *Anjos Proibidos,* without Plaintiff's consent, at least as early as March 7, 2003. It is further known that Amazon.com, Inc made no inquiry of Plaintiff prior to that date to learn whether or not her image was used in the book with her consent. It is unknown, prior to discovery on the issue, when Amazon.com, Inc. first learned that the image was used in the book without consent.

*

**REQUEST FOR ADMISSION NO. 2:**   Admit that Plaintiff or her mother consented to the use of her photograph at a public art exhibition, in a photographic book entitled *18 Meninas com Menos de 18 Anos,* in the invitation to the exhibition, in posters advertising the exhibition, and in printed promotional material regarding the exhibition.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

**Denied** that Plaintiff gave any such consent, having been under the age of majority at the time of the exhibition referred to, and is entitled to renounce and does renounce, all contracts entered into while she was in her infancy.

**Admitted** that in 1991, in Brazil, Plaintiff's mother purported to give consent, for no compensation, to the use of the Plaintiff's image in a book, to be limited to 500 copies, entitled "18 Meninas com Menos de 18 Anos," which would be made available for exhibition and sale on two nights only, on an invitational basis, at a specified location in Sao Paulo, Brazil: one night being the "vernissage," or private reception the night before the exhibition, and the other being the night of the exhibition itself.

However, no book by the authorized title was ever made. A book by the name of "Anjos Proibidos" was made and exhibited on two nights in 1991, in Brazil, at such gallery, in such a manner as was otherwise authorized. It is believed that less than 200 of the 500 copies made were sold on those two nights.

**Admitted** that the purported consent also extended to posters and printed promotional material for the distribution of the 500 copies of "18 Meninas com Menos de 18 Anos" on the two nights authorized. However, no such posters or printed materials using Plaintiff's image were ever made. The promotional materials used images of other girls.

*

3

**REQUEST FOR ADMISSION NO. 3:**    Admit that Plaintiff's mother consented to the public display of her photograph when she was 10 years old.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

**Denied** as stated.

**Admitted** that in 1991, in Brazil, Plaintiff's mother purported to give consent, for no compensation, to the use of the Plaintiff's image in a book, to be limited to 500 copies, entitled "18 Meninas com Menos de 18 Anos," which would be made available for exhibition and sale on two nights only, on an invitational basis, at a specified location in Sao Paulo, Brazil: one night being the "vernissage," or private reception the night before the exhibition, and the other being the night of the exhibition itself.

However, no book by the authorized title was ever made. A book by the name of "Anjos Proibidos" was made and exhibited on two nights in 1991, in Brazil, at such gallery, in such a manner as was otherwise authorized. It is believed that less than 200 of the 500 copies made were sold on those two nights.

**Admitted** that the purported consent also extended to posters and printed promotional material for the distribution of the 500 copies of "18 Meninas com Menos de 18 Anos" on the two nights authorized. However, no such posters or printed materials using Plaintiff's image were ever made. The promotional materials used images of other girls.

*

**REQUEST FOR ADMISSION NO. 4:**    Admit that Amazon.com, Inc. removed *Anjos Proibidos* from its Website after Plaintiff informed Amazon.com, Inc. that her photo was used without her consent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Amazon.com, Inc used the Plaintiff's image on its websites without requesting or procuring her consent and therefore knew that it had no such consent. Any implication that Amazon.com, Inc needed to be informed that it did not have the Plaintiff's consent to the use of her image on its websites is **Denied**.

Otherwise it is **Admitted** that Amazon.com, Inc. stopped using the Plaintiff's image on websites with "amazon" domain names at some time after her attorneys informed it that the Plaintiff had detected such unauthorized use.

It is further **Denied** that Amazon.com, Inc. removed the Plaintiff's image from any of its contractually-linked Amazon Associate websites.

*

4

**REQUEST FOR ADMISSION NO. 5:**     Admit that *Anjos Proibidos* is sold on the Internet by other book sellers such as Barnes and Noble.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

**Denied.** On the basis of a recent computer search, it is believed that the Ophelia Editions edition of *Anjos Proibidos* is out of print and that new copies are not being sold by Barnes and Noble or any other book sellers.

**Admitted** that used copies of the Ophelia Editions edition of *Anjos Proibidos* presently appear to be being sold via the internet.

*

**REQUEST FOR ADMISSION NO. 6:**     Admit that Plaintiff's image is no longer on Amazon.com, Inc.'s website.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

**Admitted** that Plaintiff's image is no longer presently being used "live" on websites with "amazon" domain names.

**Denied** that Plaintiff's image, as was used on websites with "amazon" domain names, is no longer available for review on the internet as was used by Amazon, being still available in "cached" form.

It is further **Denied** that Amazon.com, Inc removed the Plaintiff's image from any of its contractually-linked Amazon Associate websites.

*

**REQUEST FOR ADMISSION NO. 7:**     Admit that Amazon.com, Inc. is not the author of *Anjos Proibidos*.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

**Admitted.**

**REQUEST FOR ADMISSION NO. 8:**     Admit that Amazon.com, Inc. is not the publisher of *Anjos Proibidos*.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

**Denied.** Amazon published *Anjos Proibidos* worldwide via the internet and by delivery of copies of the book itself.

5

**REQUEST FOR ADMISSION NO. 9:**    Admit that Amazon.com, Inc. did not act with felonious intent in its sale of *Anjos Proibidos*.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

**Denied.**

6

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-2004-CIV-ALTONAGA/BANDSTRA

THAIS CARDOSO ALMEIDA,

               Plaintiff,

v.

AMAZON.COM, INC.,
a Delaware Corporation

               Defendant,

_____/

## PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES

Plaintiff, THAIS CARDOSO ALMEIDA, pursuant to Fed.R.Civ.P. 33, provides the

attached response to Defendant's First Set of Interrogatories.

                    ABALLI MILNE KALIL & ESCAGEDO, P.A.
                    2250 SunTrust International Center
                    One Southeast Third Avenue
                    Miami, Florida 33131
                    Tel:   (305) 373-6600
                    Fax:   (305) 373-7929

                    Hendrik G. Milne
                    Florida Bar No. 335886
                    Carlos F. Osorio
                    Florida Bar No. 597546

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the above were sent by fax and U.S. Mail on May 10th, 2004, to the offices of counsel for the Defendant, Beth-Ann E. Krimsky, Esq., Ruden, McClosky, Smith, Schuster & Russell, P.A., P.O. Box 1900, 200 East Broward Boulevard, Ft. Lauderdale, FL 33302, and Vanessa S. Power, Esq., 600 University Street, Suite 3600, Seattle, Washington 98101.

Carlos F. Osorio

2

# INTERROGATORY RESPONSES

**INTERROGATORY NO. 1:**     Describe in detail all comments or Communications Plaintiff or her family or representatives have received regarding the photo of Plaintiff in *Anjos Proibidos* and how, if at all, those comments have affected Plaintiff.

## RESPONSE TO INTERROGATORY NO. 1:

**Objection. Vagueness and Overbreadth.**

This interrogatory is immensely overbroad and vague. I cannot accurately and exhaustively list every comment and communication, as defined, that fit the description of what is requested. Moreover, I do not know exactly what comments or communications my family members have received, from whom or when, and do not believe that I am under any duty to inquire and report.

**Objection. Attorney-Client Privilege.**

I have discussed this issue at various times with my attorneys, and those discussions are subject to attorney-client privilege.

**Objection. Work Product.**

I have discussed this issue at various times with my attorneys, and I understand that my attorneys have discussed the matter among themselves and with others, and that they have received comments or communications as a result of their research and inquiry. This is all attorney work-product and is privileged.

**Answer:** Subject to the foregoing, I answer this interrogatory as follows:

This interrogatory asks about the use of my image in the new version of *Anjos Proibidos*. I am upset about the use of my image in and on the cover of the Ophelia Editions edition *of Anjos Proibidos*: it was unauthorized and uncompensated.

However, what I am much more upset about is the unauthorized use and publication of my image on the internet by Amazon and its Amazon Associates, in order to sell the book. I believe that Amazon's marketing mechanism - i.e. its websites and its Associated websites - has been the single biggest factor in sales of the book.

I understand from my attorneys that Amazon admits that it has sold over 3,000 copies and has received over $180,000.00 in direct revenue as a result. I do not yet know how much more it has received in revenue from simultaneous and subsequent sales from customers directed to the Amazon sites from the use of my image by its Associated websites, which continue to use my image to direct customers to Amazon.

The original book by the name *Anjos Proibidos*, published in 1991, in Brazil, caused a national scandal, caused me to be ostracized at school and helped wreck the relationship between my

3

parents. I have suffered from a depressive illness, on and off, since then. At least the original book was limited to a two-night availability and less than 200 of the 500 copies made were sold.

Even so, six years later, in 1997, the *Anjos Proibidos* scandal was still newsworthy. In that year, Trip Magazine, in Brazil, approached my family (since I was still a minor) and said that it was going to run a "then-and-now" news article on the girls involved. Since the article was to run, regardless of my family's cooperation, my family decided that the points of view presented might be better balanced if we cooperated and they and I had a chance to tell of the trauma that the *Anjos Proibidos* affair had inflicted on our family. My family therefore allowed the magazine to show a fully clothed picture of me as a teenager (taken by Fabio Cabral) and they and I were interviewed in connection with the article. The magazine did not request consent for the use of my image as it had appeared in *Anjos Proibidos*. They used it anyway.

There was little reminder of the old scandal for a number of years after that. Then this new version of *Anjos Proibido* came out, now with my image on the front cover and with worldwide distribution through the use of my image on Amazon's websites. To the best of my understanding (from the Época magazine story) the man behind this book is a pedophile' advocate and the Amazon sales pitch for the book appears to be targeting a pedophile market. I believe that the photos that Cabral took of me as a little girl of ten were artistic and, in themselves, beautiful. This work, however, couples those pictures of me as a little girl with images of much more mature -- yet still underage - girls, with developed breasts and escaping pubic hair. My image, which was only inside the original book and not on the cover, is now also indelibly imprinted on the internet in connection with this unauthorized edition, coupled with so-called quotes from "Thais, age 10: 'I really liked Fabio. He's super-cool. I never felt any shame making the photos, and now I want to pursue a career as a model.'" Consequently, I have become a sort of "poster child" for pedophiles everywhere. If Amazon had asked me for my permission to use my image on its websites in connection with the promotion of this work, I would have refused.

Non-privileged communications following Amazon's publication of my image on the internet in connection with the sale of the new Ophelia Editions edition of Anjos Proibidos are summarized below:

I have received comments and communications directly from many friends, my mother, my father, my brother, my aunt and uncle, at various times.

I understand that my mother, who lives in Miami, ordered a copy from Amazon and that it was shipped to her here, in Miami, Florida, by Amazon, and that this is the copy that she gave to me and which I have given to my attorneys. The book is being produced in response to Amazon's request for production.

I understand that, prior to filing this lawsuit, my attorneys contacted Fabio Cabral and his attorney in Brazil, and that he and his attorney have disclaimed any involvement in or authorization for the Ophelia Editions edition of *Anjos Proibidos*. These are being produced.

4

I understand that, prior to filing this lawsuit, and subsequent thereto, my attorneys have received communications from Amazon regarding the unauthorized use of my image. Those communications are being produced in response to Amazon's request for production.

**INTERROGATORY NO. 2:**          What damages, if any, has Plaintiff sustained? Please list amounts for each category.

**RESPONSE TO INTERROGATORY NO. 2:**

I have been damaged by the wrongful appropriation and unauthorized commercial use of my image. I do not know how to assign this a dollar value. I assume that a jury will be able to do so. I think that the dollar value of my loss should be measured, in some way by the gain to Amazon from the unauthorized use. I am, before discovery, unaware of the full extent of the commercial gain realized by Amazon through the unauthorized use of my image on its own and Associated websites. I understand, however, that Amazon has received over $180,000.00 in direct income as a result of sales of the Ophelia Editions edition of *Anjos Proibidos*. Had Amazon asked for my permission to use my image on Amazon's websites and its Associates' websites, to promote the sale of this book, I would have refused.

Florida's civil theft statute provides that the compensatory damages be trebled. On the known amount of income received by Amazon to date, that treble figure is $540,000.00. The statute provides that this is additional to other rights of recovery at law.

Prejudgment interest on the foregoing amounts.

Damages for emotional distress, in such amount as the jury may decide is fair.

Attorneys fees pursuant to the statutory claims. This is in an unknown amount, since it would need to be calculated at the date of judgment.

Filing fees and other costs of litigation.

Punitive damages are not yet claimed in this action, but may yet be claimed if discovery reveals sufficient justification to add such a claim.

**INTERROGATORY NO. 3:**          Has Plaintiff or her family sought medical treatment or counseling related to the photo of Plaintiff in *Anjos Proibidos*? If so, please describe any such treatment in detail.

**RESPONSE TO INTERROGATORY NO. 3:**

Objection. Overbreadth. Relevance.

I disclaim any obligation to answer for medical treatment of my family members. I do not see how any such information would be relevant.

5

Objection. Privilege.

The information requested regarding my own medical treatment is protected by the psychotherapist-patient privilege, Fla. Stat. § 90.503.

I have consulted several psychiatrists and psychologists for treatment for emotional distress and depression which I believe was contributed to in significant part by the publication of the old and new versions of *Anjos Proibidos*. Treatment has included counseling and the prescription of anti-depressant drugs. One doctor was Jairo Nunez, in Orlando, Florida (who I still consult with by phone from Miami). I am locating the names and addresses of the other doctors (which I will supply) and my attorneys will promptly secure copies of their files, review them, advise me as to their relevance, and as to whether I should waive the privilege and allow such records to be produced.

**INTERROGATORY NO. 4:**      Did publication of Plaintiff's photograph in *Anjos Proibidos* cause Plaintiff any mental or emotional distress? If so, explain in detail.

**RESPONSE TO INTERROGATORY NO. 4:**

Yes. See my answers to Interrogatory 1 and 3.

**INTERROGATORY NO. 5:**      Explain the circumstances surrounding the consent by Plaintiff or her family to publication of Plaintiff's photograph in *18 Meninas com Menos de 18 Anos* and any other publication.

**RESPONSE TO INTERROGATORY NO. 5:**

No book by the name *18 Meninas com Menos de 18 Anos* was ever produced.

I have no personal knowledge of the discussions between my mother and Fabio Cabral regarding the original consent. My best understanding of what transpired is stated by my attorneys at paragraphs 11 through 20 of the Complaint and in the copy of the consent and its translation attached to the complaint as Exhibits "A" and "B."

There were no discussions with anyone regarding consent for the Ophelia Editions book, prior to its production.

Otherwise see my answer to Interrogatory 1.

**INTERROGATORY NO. 6:**      Describe all facts supporting Plaintiff's allegations contained in paragraphs 93 and 96 of the Complaint.

**RESPONSE TO INTERROGATORY NO. 6:**

6

These are my beliefs, based on the fact that: (a) Amazon knew that the image was that of a natural person, that it needed legal consent for its use, and had not, itself, secured consent for its use; (b) no one else could have shown Amazon a consent for the use of my image on the book or on the internet, since I had not given any such consent to anyone; (c) I assume that Amazon controls what content it shows on its websites – as demonstrated by the fact that it caused removal of the image when my attorneys complained; (e) Amazon chose to publish my image on its websites, worldwide, anyway; (f) I assume that Amazon must be encouraging or at least permitting its Associates to link to its websites, using my unauthorized image, because, as I understand, it pays them commission for sales resulting from customers directed to its sites, and I doubt that they would be using my image if Amazon was not paying them; (g) I assumed that the image must have been viewed thousands of times and have learned in the course of discovery that it must, indeed, have been viewed thousands of times, according to the numbers of copies Amazon admits it has sold.

**INTERROGATORY NO. 7:**        Describe all facts supporting Plaintiff's allegation that Amazon.com, Inc. had knowledge that Plaintiff's photograph was published without their consent.

**RESPONSE TO INTERROGATORY NO. 7:**

This is not an accurate statement of what is alleged. Further, see my answer to Interrogatory 6.

**INTERROGATORY NO. 8:**        Describe, in detail, the amount of money Plaintiff and/or her family or representatives received in exchange for her photograph and the use of her photograph in *18 Meninas com Menos de 18 Anos* and other related publications.

**RESPONSE TO INTERROGATORY NO. 8:**

Nothing.

**INTERROGATORY NO. 9:**        Describe, in detail, all Communications with Fabio Cabral and/or his representative(s) regarding *18 Meninas com Menos de 19*[sic.], *Anjos Proibidos*, or Thais Cardoso Almeida, including, but limited to, the date of communications, parties to communications, type of communications, and content of communications.

**RESPONSE TO INTERROGATORY NO. 9:**

See my answers to Interrogatory 1, 5 and 6.

7

## JURAT

Before me, on this 14 day of May, 2004, appeared _Thais Cardoso Almeida_

who is personally known to me, or has produced _Fl. Drivers Lic._ as identification, and

swears that the foregoing answers to interrogatories are true and correct to the best of her knowledge

and belief.

_Thais Almeida_
THAIS CARDOSO ALMEIDA

NOTARY PUBLIC

Print Name:_____  Caridad Fernandez
                            MY COMMISSION # DD148667 EXPIRES
                            August 11, 2006
My Commission Expires:_____ BONDED THRU TROY FAIN INSURANCE, INC.

8

# EXHIBIT C



OPHELIA EDITIONS

TCA 00131

nejos proibidos

Copyright © 2000 by Fabio Cabral & Ophelia Editions
Introduction copyright © 2000 by Lawrence A. Stanley

ISBN: 1-888425-17-2

Printed & bound by Toppan Printing Co., Japan

Book & jacket design by Alastair Johnston

Special thanks to Tristan DuBois

Ophelia Editions
New York • San Francisco
www.ophelia-editions.com

TCA 00137

# EXHIBIT D



Aballi
Milne
Kalil &
Escagedo, P.A.
Counsellors at Law

March 6, 2003

**URGENT RESPONSE REQUIRED**

David A. Zapolsky, Esq.                                    **VIA FEDEX**
Amazon.com
1200 12th Ave. S.
Seattle, WA 98144

     Re:   **ANJOS PROIBIDOS**

Dear Mr. Zapolsky:

     We represent Thais Cardoso Almeida ("Ms. Cardoso") in connection with the reproduction of certain photographs of her in the publication "ANJOS PROIBIDOS" (Ophelia Editions, 2000) (the "Book"), which is currently being sold through, Amazon.com, worldwide, for a price ranging from $60 to $325 per hardcover copy.

     Reproductions of photographs of our client, taken by Fabio Cabral, are featured on the cover and inside. As you must be keenly aware, the law requires that any person that publishes, prints or otherwise uses for any commercial purpose the name, portrait, photograph or other likeness of any natural person must first obtain the express authorization for such use. We understand that neither Ophelia Editions, Fabio Cabral, nor you obtained any such authorization. The law provides that, in such circumstances, the person aggrieved is entitled to recover an amount equivalent to a reasonable royalty and other damages. See, for example, Florida Statute §540.08 (2002). (We are aware of at least one sale in Florida).

     Would you please advise us by fax at (305-373-7929) or hand-delivery, by March 14, 2003, as to whether you believe that there are other facts of which we are unaware that provide you with a legal defense to the claims or, alternatively, what compensation you propose. If we do not hear from you by then, we will assume that you have no defense and do not wish to discuss an amicable resolution.

     Sincerely yours,

Carlos F. Osorio

2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone (305) 373-6600
Fax (305) 373-7929

TCA 00044

# EXHIBIT E

# **amazon**.COM.

| KAREN AKIYAMA RESSMEYER<br>CORPORATE COUNSEL<br>DIRECT DIAL: 206/266.2041<br>FACSIMILE: 206/266.7010<br>EMAIL: KARENR@AMAZON.COM | MAILING ADDRESS:<br>P.O. BOX 81226<br>SEATTLE, WA 98108-1226 |
| --- | --- |

March 11, 2003

Via Facsimile (305) 373-7929, and U.S. Mail

Carlos F. Osorio
Aballi Milne Kalil & Escagedo, P.A.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131

      Re:    **Anjos Proibidos**

Dear Mr. Osorio:

      We have received your letter of March 6, 2003 on behalf of Thais Cardoso Almeida.  Please keep in mind that Amazon.com is not the seller of this particular title, Anjos Proibidos.  Rather, Amazon.com provides a venue for sellers to offer the title to our customers.  We are not involved in the actual transaction between the seller and buyer and are not the agent of either for any purpose.

      That beings said, Amazon.com respects the property rights of others and when advised by a reliable source that an item potentially is unauthorized, Amazon.com will remove the listing.  Without any admission of wrongdoing, please be advised that we are in the process of removing "Anjos Proibidos" ISBN: 1888425172 from Amazon.com's book Catalog.  Additionally, we are removing the book from our international sites.  We trust that this brings this matter to a close.

      This letter is written without prejudice to any rights, remedies or defenses to which Amazon.com LLC and its affiliates may be entitled, all of which are expressly reserved.

                Sincerely,

                *Karen Ressmeyer*

                Karen Akiyama Ressmeyer
                Corporate Counsel

KAR:agg

TCA 00045

# EXHIBIT F

Barnes & Noble.com - Anjos Proibidos                                                    Page 1 of 2

# BARNES&NOBLE.com
www.bn.com

**FREE SHIPPING**
When you spend $25 or more
☒ SEE DETAILS

 **CART**   0 Items

ACCOUNT · ORDER STATUS · WIS
ABOUT SHIPPING · ABOUT FASTE

| HOME | BOOKS | USED & OUT OF PRINT | BUSINESS & TECHNOLOGY | MEDICINE & SCIENCE | NEW & USED TEXTBOOKS | LIBROS EN ESPANOL | CHILDREN | DVD & VIDEO | MUSIC | SALE ANNEX | GAMES & GIFTS |

| BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | MEET THE WRITERS | BOOK CLUBS | AUDIOBOOK |

Keyword ☒ [                    ] SEARCH ➤   ☒ MORE SEARCH OPTIONS

**FREE Reading Groups Hosted by Bestselling Authors -- <u>Sign Up Now</u>**

## NEWSLETTERS

Get reviews, recommendations, new releases, and more on your **favorite subjects**!

**VIEW ALL NEWSLETTERS ＞**

---

### Find Related Items

Other books by
* <u>Fabio Cabral</u>
* <u>Lawrence A. Stanley</u>

Find Related Books
* <u>Photography</u>

Powered by
**BOOK⟷BROWSER**

---

### More on this Subject

Search for titles on this subject by checking only those that interest you:

*Nonfiction*

☐ Photography of children
☐ Photography of the nude
☐ Portrait photography -> Brazil

**Search**

## Anjos Proibidos

Fabio Cabral (Photographer), Lawrence A. Stanley (Introduction)



**Hardcover**, July 2000

☒ **Search For Used Copies**
Used copies of this title may be offered by our network of book dealers.

A new copy is
from Barnes &
this time.

**ABOUT**

▼ Synopsis
▼ What People A

**People who bought this book also bought:**

* <u>Remembering Jack: Intimate and Unseen Photographs of the Kennedys</u> Jacques Lowe, Tom Wolfe (Afterword)
* <u>American Music: Photographs</u> Annie Leibovitz (Photographer)
* <u>101 Salivations: For the Love of Dogs</u> Rachael Hale
* <u>Pictures</u> Jeff Bridges (Photographer), Foreword by Peter Bogdanovich
* <u>Master Posing Guide for Portrait Photographers: A Complete Guide to Posing Singles, Couples and Groups</u> J. D. Wacker

**Product Details:**
**ISBN:** 1888425172
**Format:** Hardcover, 72pp
**Pub. Date:** July 2000

**Publisher:** Ophelia Editions

**ABOUT THE BOOK**

**Anjos Proibidos**

**Synopsis**

*Anjos Proibidos* grew out of a project that Cabral began in the late 1980s and which b
subject of two shows in São Paulo art galleries in 1987 and 1989. Cabral's "anjos" car
of backgrounds. Cabral discovered one of his most beautiful models, Lady Milena, ag
pasties on the street in São Paulo; Priscila, 13, is the daughter of a photographer and
Licia was an aspiring model. Regardless, Cabral approached his subjects in the same
"My photographs are very simple. I treat the works delicately, with a subtle eroticism,
of photos that you would see in Playboy," says Cabral. "The girls, as they are portraye
exist only for a few fleeting moments in front of my camera."

In saying this, Cabral does not mean that his models are utterly devoid of sensuality. I
"angels" because they do not appear to be of the world--the adult world--in which they
captured. Instead they inhabit a realm of sensuality that is still in the process of becom

"forbidden" because having been fleetingly captured, they must be freed again to retu to which they belong.

**ABOUT THE AUTHOR:**
A successful fashion photographer living and working in Sao Paulo and Florianopolis, Cabral got his start in 1981 in a large Brasilian corporate advertising firm. As it was fa beauty, not cars and consumer goods, which motivated Cabral to become a photogra place, he quickly moved out on his own. In 1985 he began showing his works explorir sensuality in Sao Paolo galleries and established his own agency. He is now one of th demand photographers in Brasil and counts among his clients many actresses and m magazines such as Vogue, Marie Claire and Elle. *Anjos Proibidos* was first published Itamaraty Grafica e Editora in an edition of 500. The first edition contained 24 of the ir here.

**What People Are Saying**
The photographs are of a high sensibility—in the handling of light, and above all the ca ambient light. You can see clearly the intent of the photographer not to harm the subje introducing anything artificial. [Anjos] is an absolutely original work and unique in the Brasilian photography. (Luiz Carlos Barreto, Brasilian film producer and cinematograp nominated for Oscars for best foreign film)
— *Luiz Carlos Barreto*

**Customer Reviews**
▸ Write your own online review!

⋀ Back to Top

Terms of Use, Copyright, and Privacy Policy
© 1997-2004 Barnesandnoble.com llc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.   04-20004–CIV–ALTONAGA/BANDSTRA

THAIS CARDOSO ALMEIDA,

      Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

      Defendant.

_____ /

| | |
|---|---|
| State of Washington | ) |
| | ) ss. |
| County of King | ) |

## <u>DECLARATION OF MELISSA KIRMAYER</u>

1.     I am a Group Product Manager with responsibility for Books, Music, Video, and DVD retail operations for Amazon.com.  I submit this declaration in support of Amazon.com's Motion for Summary Judgment.

2.     Amazon.com is a Delaware corporation with its principal place of business in Seattle, Washington.  It is a successful on-line retailer that was launched at the website www.amazon.com in 1995.  Amazon.com offers for sale various products through the Amazon.com website in the United States and through related websites in foreign countries.  The book, *Anjos Proibidos* was, at one time, offered for sale on Amazon.com.

3.     Each book offered for sale on Amazon.com has a "detail page" on the Amazon.com website.  A detail page may include an image of the book (usually the book's cover), some text describing the book (such as its author, publisher, a summary, and sometimes professional reviews), and product specification information (such as price, ISBN number,

1

number of pages, etc.).  Much of this information is received by Amazon.com in electronic form, and is submitted to Amazon.com electronically by third-party distributors.

4.     Amazon.com works with numerous distributors and receives catalog updates from its distributors electronically.  This information is typically sent in a large electronic file or "feed."  In other words, any one distributor's transmission to Amazon.com might contain information regarding several hundred or several thousand individual book listings. Amazon.com's systems automatically convert the detail page listing information submitted by third parties into the detail pages that appear on its website with no manual review by Amazon.com employees, and new detail pages are added every day through this automated process.

5.     As a rule, Amazon.com does not pre-screen or review the products that are added to its catalog automatically, nor does it typically interact directly with the author, editor, or photographer of a book.  Instead, Amazon.com relies entirely on publishers and distributors to ensure that the products they offer for sale through Amazon.com do not violate any intellectual property or other third-party rights.

6.     Amazon.com is not a publisher and does not publish any of the books that it sells on its website.  Further, Amazon.com has nothing to do with the preparation of the books it offers for sale on its website.  Amazon.com does not write or edit the contents of the books it offers for sale on its website.  In this respect, Amazon.com functions no differently than "bricks-and-mortar" traditional bookstores such as Borders and Barnes & Noble.

7.     Amazon.com had no communications with the publisher of *Anjos Proibidos* regarding Amazon.com's sale of that book and has no knowledge of how the photos were obtained for the 2000 edition of *Anjos Proibidos* or how the book came to be republished.

8.     Amazon.com did not prepare, write, edit, or publish *Anjos Proibidos*.

2

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct and that this declaration was executed on June 4, 2004 at Seattle, Washington.



Melissa Kirmayer

NOTARY PUBLIC in and for the State of Washington, residing at Renton, WA

My appointment expires: 6/19/04

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.   04-20004–CIV–ALTONAGA/BANDSTRA

THAIS CARDOSO ALMEIDA,

       Plaintiff,

vs.

AMAZON.COM, INC., a Delaware
corporation,

       Defendant.

_____ /

| | |
|---|---|
| State of Washington | ) |
| | ) ss. |
| County of King | ) |

## DECLARATION OF SARAH SPILLMAN

1.      I am a Senior Manager, Product Management with responsibility for the Associates Program for Defendant Amazon.com, Inc. ("Amazon.com"). I submit this declaration in support of Amazon.com's Motion for Summary Judgment.

2.      In addition to selling books through its own website, Amazon.com contracts with "Associates" who host their own websites and provide links to books and other products sold on Amazon.com's website. These Associates are entirely separate and independent legal entities. Associate websites range from other Internet businesses to private websites run by individuals.

3.      An individual website operator can become an Amazon.com Associate by signing up online by clicking through the standard Associate Operating Agreement. A true and correct copy of Amazon.com's standard Associate Operating Agreement is attached at Exhibit A.

1

4.     Since 1995, over a million Associates have signed up with Amazon.com.   As indicated above, Associates are completely separate legal entities.   While some Associates elect to use links that allow them to get Amazon.com-provided content, Amazon.com does not have the right to control what individual Associates keep on their websites.   Therefore, Amazon.com is not able to demand that individual Associates remove certain content from their websites unless that content violates an intellectual property right owned by Amazon.com.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct and that this declaration was executed on June 4, 2004 at Seattle, Washington.



NOTARY PUBLIC in and for the State of
Washington, residing at

My appointment expires:   6/19/05

2

# EXHIBIT A

**Associates**



**Operating Agreement**

This Agreement contains the complete terms and conditions that apply to an individual's or entity's participation in the Amazon Services, Inc. Associates Program (the **"Program"**). As used in this Agreement, **"we"**, **"us"**, or **"our"** means Amazon Services, Inc. or any of our affiliate companies, as the case may be, and **"you"** means the applicant. **"Amazon.com Site"** means the site that has its primary home page identified by the URL www.amazon.com, and **"site"** means a World Wide Web site. **"Your site"** means any site that you will link to the Amazon.com Site (and which you will identify in your Program application).

## 1. Enrollment in the Program

To begin the enrollment process, you will submit a complete Program application via the Amazon.com Site. We will evaluate your application in good faith and will notify you of its acceptance or rejection. We may reject your application if we determine (in our sole discretion) that your site is unsuitable for the Program. Unsuitable sites include those that:

- promote sexually explicit materials
- promote violence
- promote discrimination based on race, sex, religion, nationality, disability, sexual orientation, or age
- promote illegal activities
- include "amazon," any other trademark of Amazon Services or its affiliates, or variations or misspellings of any of them, in their URLs to the left of the top-level domain name (e.g., ".com", ".net", ".uk", etc.) -- for example, a URL such as "amazon.mydomain.com", "amaozn.com" or "amazonauctions.net" would be unsuitable
- otherwise violate intellectual property rights.

By participating in the Program you agree that you will not engage in any such activities. If we reject your application, you are welcome to reapply to the Program at any time. You should also note that if we accept your application and your site is thereafter determined (in our sole discretion) to be unsuitable for the Program, we may terminate this Agreement.

## 2. Links on Your Site

Once you have been notified that your site has been accepted into the Program, you may provide on your site one or more of the following types of links to the Amazon.com Site:

Product Links: You may select one or more Products to list on your site. A **"Product"** is any product listed on the Amazon.com Site that is fulfilled by us or on our behalf, or any product sold by a third party seller on the Amazon.com Site other than: (a) products sold through our "Auctions" and "zShops" services (or any successors thereto); (b) products sold by the Gap, Old Navy, Lands' End or Nordstrom (**"Excluded Merchants"**); (c) products sold by a third party through a site linked to from the Amazon.com Site (e.g. CarsDirect.com products); and (d) any wireless service plan offered through the Amazon.com Site and not sold and fulfilled by us. For each selected Product, you will display on your site a short description, review, or other reference. You will be responsible for the content, style, and placement of these references. You will provide a Special Link (as defined below) from each Product reference on your site to the corresponding Amazon.com Site online catalog entry. Each such link will connect directly to a single item in our online catalog. You may add or delete Products (and related links) from your site at any time without our approval. Special Links that individually link to specific Products as described above

**A 000001**

are referred to as **"Product Links."** You may not use Special Links to link to the Amazon.com Site from references to products on your site that are not "Products" as defined above.

Search Box Link: You may provide an Amazon.com Site search box on your site that will permit your site visitors to link directly to a page on the Amazon.com Site that contains the results of their search queries. We will provide you with technical specifications describing how to include an Amazon.com Site search box on your site.

General Link to Amazon.com Site Home Page: You may provide a general link on your site to the home page of the Amazon.com Site.

Amazon Recommends™ Link: If your site qualifies (as determined by us in our sole discretion), you may place an Amazon Recommends link on your site to enable Amazon Services to serve recommended content based on your site's specialty or sales history directly to visitors to your site.

Quick-Click™ Link: In conjunction with Product links on your site, you may provide a Quick-Click link that, when clicked, will open a new browser window through which recognized visitors of your site can add Products to their shopping cart and/or purchase Products directly via our 1-Click™ feature. We will provide you with technical specifications describing how to include a Quick-Click link on your site. If you choose to provide a graphical Quick-Click link, you agree that you will only use the graphical artwork we serve or otherwise provide only to you to identify the Quick-Click link. If you choose to provide a text-only Quick-Click link, you agree that the text of the link will read "Buy from Amazon.com" and include no other or different text unless otherwise specified by us.

Easy Link: You may provide an **"Easy Link"** on your site, which is a Special Link through which we may serve content as we deem appropriate. If you choose to provide a graphical Easy Link, you agree you will use the graphical artwork we serve or otherwise provide to you only to identify the Easy Link. If you choose to provide a text-only Easy Link, you agree you will not alter the text we serve or otherwise provide to you to identify the Easy Link.

Search Results Link: You may provide a link on your site that will link to a particular search result on the Amazon.com Site, the parameters of which will be determined by you based on search generating alternatives we make available to you.

Any Page Link: You may provide a link on your site that will link to any particular page on the Amazon.com Site, provided that you properly use the special link formats provided on the Amazon.com Site as part of the Program to create such link.

We will provide you with guidelines and graphical artwork to use in linking to the Amazon.com Site home page. To permit accurate tracking, reporting, and referral fee accrual, we will provide you with special "tagged" link formats to be used in all links between your site and the Amazon.com Site (and for purposes of this Agreement, the browser window described above that opens upon a user's clicking on a Quick-Click link is deemed a part of the Amazon.com Site, and any Quick-Click link is deemed a link between your site and the Amazon.com Site). You must ensure that each of the links between your site and the Amazon.com Site properly utilizes such special link formats. Links to the Amazon.com Site placed on your site pursuant to this Agreement and which properly utilize such special link formats are referred to as **"Special Links."** You will earn referral fees only with respect to activity on the Amazon.com Site

**A 000002**

occurring directly through Special Links; we will not be liable to you with respect to any failure by you to use Special Links, including to the extent that such failure may result in any reduction of amounts that would otherwise be paid to you pursuant to this Agreement.

You acknowledge that, by participating in the Associates Program and placing any of the above links within your site, we may receive information from or about visitors to your site or communications between your site and those visitors. Your participation in the Program constitutes your specific and unconditional consent to and authorization for our access to, receipt, storage, use, and disclosure of any and all such information, consistent with the policies and procedures set forth in the Privacy Notice on the Amazon.com Site.

In addition, you acknowledge that we (and our corporate affiliates, such as Alexa Internet, Inc.) may crawl or otherwise monitor your site for the purpose of ensuring the quality and reliability of Special Links on your site (for example, to detect links that are broken or non-functional, links to products that are out of stock or otherwise unavailable, etc.). Therefore, you agree that we and our corporate affiliates may take such actions and that you will not seek to block or otherwise interfere with such crawling or monitoring (and that we and our corporate affiliates may use technical means to overcome any methods used on your site to block or interfere with such crawling or monitoring).

Further, you acknowledge and agree that you will: (a) not, in connection with this Agreement, display or reference on your site, any trademark or logo of any third party seller on the Amazon.com Site; (b) use any data, images, text, or other information obtained by you from us or the Amazon.com Site in connection with this Agreement (**"Content"**) only in a lawful manner and only in accordance with the terms of this Agreement; (c) not use any Content relating to any Excluded Merchant or any product sold by any Excluded Merchant; (d) not modify or alter any Content that consists of a graphic image, other than to resize it; (e) not edit any Content that consists of text, other than to shorten its length; (f) not sell, redistribute, sublicense or transfer any Content; (g) not use any Content in a manner intended to send sales to any site other than the Amazon.com Site; and (h) promptly delete any Content that is no longer displayed on the Amazon.com Site or that we notify you is no longer available for your use.

## 3. Order Processing

We will process Product orders placed by customers who follow Special Links from your site to the Amazon.com Site. We reserve the right to reject orders that do not comply with any requirements that we may establish periodically. We will be responsible for all aspects of order processing and fulfillment. Among other things, we will prepare order forms, process payments, cancellations, and returns, and handle customer service. We will track sales made to customers who purchase Products by using Special Links from your site to the Amazon.com Site and will make available to you reports summarizing this sales activity. The form, content, and frequency of the reports may vary from time to time in our discretion.

## 4. Referral Fees

We will pay you (in accordance with Sections 5 and 6 below) referral fees on certain Product sales to third parties. For a Product sale to be eligible to earn a referral fee, the customer must click-through a Special Link from your site to the Amazon.com Site, and add the Product to his or her shopping cart or purchase the Product via our 1-Click™ feature during a session. The session ends upon one of the following events: (a) 24 hours elapses from the customer's initial click-through, (b) the customer orders the Product, or (c) the customer follows a third party's Special Link. We will only pay referral fees on eligible Products after order, payment and shipping have occurred.

**A 000003**

We will not, however, pay referral fees on any Products that are added to a customer's Shopping Cart or are purchased via our 1-Click™ feature after the customer has reentered the Amazon.com Site (other than through a Special Link from your site), as determined by us, even if the customer previously followed a link from your site to the Amazon.com Site. In addition, gift certificates are not eligible to earn referral fees.

You may not purchase products during sessions initiated through the links on your site for your own use, for resale or commercial use of any kind. This includes orders for customers or on behalf of customers or orders for products to be used by you or your friends, relatives, or associates in any manner. Such purchases may result (in our sole discretion) in the withholding of referral fees and/or the termination of this Agreement. Products that are eligible to earn referral fees under the rules set forth above are referred to as "**Qualifying Products.**"

In addition, you may not: (a) directly or indirectly offer any person or entity any consideration or incentive (including, without limitation, payment of money (including any rebate), or granting of any discount or other benefit) for using Special Links on your site to access the Amazon.com Site (e.g., by implementing any "rewards" program for persons or entities who use Special Links on your site to access the Amazon.com Site); (b) read, intercept, record, redirect, interpret, or fill in the contents of any electronic form or other materials submitted to us by any person or entity; (c) in any way modify, redirect, suppress, or substitute the operation of any button, link, or other interactive feature of the Amazon.com Site; (d) make any orders or subscription requests, or engage in other transactions of any kind on the Amazon.com Site on behalf of any third party, or authorize, assist, or encourage any other person or entity to do so; (e) take any action that could reasonably cause any customer confusion as to our relationship with you, or as to the site on which any functions or transactions (e.g., search, order, browse, and so on) are occurring; (f) post or serve any advertisements or promotional content around or in conjunction with the display of the Amazon.com Site (e.g., through any "framing" technique or technology or pop-up windows), or assist, authorize, or encourage any third party to take any such action; (g) attempt to circumvent the referral fee schedule or artificially increase your referral fees (e.g. by intentionally featuring, purchasing or requesting or encouraging any third party to purchase low-price items offered on the Amazon.com Site (as determined by us) for the purpose of exceeding any referral fee threshold); (h) attempt to intercept or re-direct (including, without limitation, via user-installed software) traffic from or on, or divert referral fees from, any web site that participates in the Program; or (i) seek to purchase or register any keywords, search terms or other identifiers that include the word "amazon" or variations thereof (for example "ammazon", "amaozn", etc.) or any of the phrases "Toys 'R US", "Sports 'R Us", "Babies 'R Us" or "Imaginarium" or variations thereof (e.g., "ToysRUs", "SportsRUs", "Toys "R" Us", "toysrus.com", "imaginarium.com", "Babies Are Us", "Imaginearium", etc.) for use in any search engine, portal, sponsored advertising service or other search or referral service. If we determine, in our sole discretion, that you have engaged in any of the foregoing activities, we may (without limiting any other rights or remedies available to us) withhold any referral fees otherwise payable to you under this Agreement and/or terminate this Agreement.

## 5. Referral Fee Schedule

For Qualifying Products sold during sessions initiated through Special Links on your site, you will earn (subject to the other terms of this Agreement) referral fees in accordance with the "Classic Fee Structure" described under "Option 1" below unless you affirmatively elect to participate in the Tiered Fee Structure described under "Option 2" below by communicating your election to us via the signup page located at https://associates.amazon.com/exec/panama/associates/resources/payments/plan-select/103-3628509-1200655 during the period between the close of each calendar quarter and the 20th day

**A 000004**

of the first month of the next calendar quarter (or the next business day after the 20th if the 20th does not fall on a business day). If you do not make an affirmative election to participate in the Tiered Fee Structure in the manner described above, you will earn (subject to the other terms of this Agreement) referral fees for the entire quarter in accordance with the Classic Fee Structure. If you elect to participate in the Tiered Fee Structure, you will earn referral fees as set forth under "Option 2" below beginning in the calendar quarter in which you make your election.

**Option 1: Classic Fee Structure.**

For Qualifying Products sold during sessions initiated through Special Links on your site, you will earn (subject to the other terms of the Agreement):

(a) 5% of Qualifying Revenues (defined below) from sales of all Amazon Qualifying Product (defined below) units other than Electronics Product (defined below) units and 4% of Qualifying Revenues from sales of all Amazon Qualifying Product units that are Electronics Product units;

(b) 5% of all TRU Qualifying Product (defined below) units; and

(c) 2.5% of Qualifying Revenues from sales of all Third Party Qualifying Product (defined below) units other than Specified Category Product (defined below) units and 5% of Qualifying Revenues from sales of all Third Party Qualifying Product units that are Specified Category Product units.

In addition to any amounts you might earn under sub-paragraphs (a), (b) and (c) above, you will earn (subject to the other terms of the Agreement):

(x) an additional 1% of Qualifying Revenues from sales of all Qualifying Product units sold during sessions initiated through Easy Links on your site;

(y) an additional 2.5% of Qualifying Revenues from sales of all Qualifying Product units sold during sessions initiated through Product Links on your site; and

(z) an additional 2.5% of Qualifying Revenues from sales of all Qualifying Product units that are Specified Category Product units sold during sessions initiated through Special Links on your site.

Notwithstanding the foregoing, referral fees for all Qualifying Product units (other than books, music, video (including VHS and DVD) and Electronics Product units) are limited to a maximum of $10 per unit, regardless of the Qualifying Revenues derived from the sale of any such unit. The classification of any Qualifying Products unit (e.g., as a music or non-music product unit) will be determined by us in our sole discretion.

**"Qualifying Revenues"** are revenues derived by us from our sales of Qualifying Product units, excluding costs for shipping, handling, gift-wrapping, taxes, service charges, credit card processing fees, returns and bad debt. An **"Amazon Qualifying Product"** is a Qualifying Product (including a Specified Category Product) that is sold and fulfilled by us or on our behalf. An **"Electronics Product"** is a Qualifying Product that is offered for sale in the "Electronics" section of the Amazon.com Site and does not include any product offered for sale in any section of the Amazon.com Site other than the "Electronics" section (notwithstanding that a user may navigate to such product from the "Electronics" section) unless such product is also offered for sale in the "Electronics" section. A **"Specified Category Product"** is a Qualifying Product that is offered for sale in the "Apparel & Accessories", "Sporting Goods", "Gourmet Food" or "Jewelry & Watches" sections of the Amazon.com Site and does not include any product offered for sale in any section

**A 000005**

of the Amazon.com Site other than the "Apparel & Accessories", "Sporting Goods", "Gourmet Food" or "Jewelry & Watches" sections (notwithstanding that a user may navigate to such product from any such section). A "**Third Party Qualifying Product**" is a Qualifying Product (including a Specified Category Product) that is sold and fulfilled by a third party. A "**TRU Qualifying Product**" is a Qualifying Product that is sold by or under the brand names of ToysRUs.com, BabiesRUs.com or Imaginarium.com. The term "**section**" as used above in the Electronics Product and Specified Category Product definitions means a group of pages on the Amazon.com Site that primarily contains content related to a discrete category of products available on the Amazon.com Site and that is accessible through a top-level product category identifier (or tab) located on the home page of the Amazon.com Site that identifies such discrete category of products. The classification of any Qualifying Products (e.g., as an Electronics Qualifying Product or Specified Category Qualifying Product) will be determined by us in our sole discretion

**Option 2: Tiered Fee Structure.**

For Qualifying Products sold during sessions initiated through Special Links on your site:

(a) subject to the other terms of the Agreement, you will earn referral fees in accordance with the Classic Fee Structure; and

(b) subject to the other terms of the Agreement, you will earn (or, in the case of Tier 1 below, we will deduct) referral fees based on Eligible Earnings (as defined below) in accordance with the following table (such referral fees, "**Eligible Earnings Referral Fees**"):

| Tier | Total Qualifying Product units sold in a calendar quarter | Minimum number of non-book, music or video (incl. VHS and DVD) Qualifying Products sold in that calendar quarter | Eligible Earnings Referral Fees |
|------|-----------|------------|------------|
| 1 | 1-35 units | 0 | -20% of Eligible Earnings |
| 2 | 36-100 units | 1 | 0% of Eligible Earnings |
| 3 | 101-250 units | 5 | 5% of Eligible Earnings |
| 4 | 251-750 units | 15 | 10% of Eligible Earnings |
| 5 | 751-1,600 units | 50 | 15% of Eligible Earnings |
| 6 | 1,601-3,700 units | 120 | 20% of Eligible Earnings |
| 7 | 3,701-7,500 units | 350 | 25% of Eligible Earnings |

A 000006

| 8 | 7,501+ units | 1,000 | 30% of Eligible Earnings |

**"Eligible Earnings"** are any Base Referral Fees (defined below) you may earn in any calendar quarter based on Qualifying Revenues from the sale in that calendar quarter of Amazon Qualifying Products and TRU Qualifying Products. **"Base Referral Fees"** means the fees set forth in sub-paragraphs (a) and (b) under Option 1.

In order to qualify for Eligible Earnings Referral Fees specified in Column 4 above for any tier, you must satisfy both of the requirements set forth in Column 2 and Column 3 for that tier for the applicable calendar quarter. If you satisfy the requirement for one column but not the other, you will be entitled to the Eligible Earnings Referral Fees specified in the table above only for the lowest tier in which you have satisfied the requirements of both columns for the applicable calendar quarter. By way of example only, if you elect to participate in the Tiered Fee Structure for a calendar quarter, and 1,500 Qualifying Products were sold during sessions initiated through Special Links from your site in that quarter, but only 10 of those products were products other than books, music products or video (including VHS and DVD) products, you would be entitled to the Eligible Earnings Referral Fees only as specified for Tier 3 (i.e., 5% of Eligible Earnings). Please also note that if your compliance with the requirements of Column 2 and Column 3 is such that your Eligible Earnings Referral Fees for the calendar quarter will be calculated in accordance with Tier 1, any Base Referral Fees you may have earned will be reduced by an amount equal to 20% of Eligible Earnings (if any). Once a higher tier is achieved within a calendar quarter, the higher Eligible Earnings Referral Fee rate will apply with respect to Eligible Earnings from all Amazon Qualifying Product and TRU Qualifying Product units sold by us during sessions initiated through Special Links on your site during that calendar quarter, including units sold before the new threshold was reached.

**Card Application Referral Fee**

In addition to the referral fees described above, you may qualify for a one-time referral fee of $20 (the **"Card Application Referral Fee"**) for each application for a co-branded Amazon.com/BankOne Visa credit card (the **"Card""**) that is: (a) submitted during a session generated through a Special Link; and (b) approved by First USA Bank, N.A. (**"Bank One"**) in its sole discretion. Please note that we reserve the right to reject sites from participating in this offer in our sole discretion, even if those sites are eligible to participate in the Program generally. Sites that are unsuitable for participation in this offer include, without limitation: (a) web sites whose URLs include the words "firstusa", "bankone" or any variations thereof; (b) web sites through which casinos, betting or other gambling-related activities, services or products are offered or promoted; (c) web sites with controversial or discriminatory content (including, without limitation, lewd/adult content, sites that engage in or promote discrimination based upon gender, age, creed, race or political views, and sites that engage in or promote hate, crime, violence or illegal activities or conduct); and (d) web sites that contain gateways to "chat rooms" or other real-time interactive discussion forums.

You may not send any e-mail or other communication to any person promoting or marketing the Card or applications in any way without the prior written consent of us and Bank One. You are not permitted to take an application for a Card unless such application is linked directly to a dedicated Bank One web site and with Bank One's approval. We reserve the right to terminate your participation in this offer at any time and for any reason. If we notify you at any time that

**A 000007**

your site is unsuitable for participation in the offer or otherwise terminate your participation in this offer, you must immediately remove from your site all materials relating to the Card or this offer.

## 6. Referral Fee Payment

We will pay you referral fees on a quarterly basis. In the case of any Card Application Referral Fees for which you are eligible, we will pay you those fees in the quarter in which we receive confirmation from Bank One that the applicable Card application has been approved. Approximately 30 days following the end of each calendar quarter, we will either (a) send you a check for the referral fees earned, (b) send you a gift certificate good for purchase of Products through the Amazon.com Site, subject to our standard terms or conditions, or (c) directly deposit the referral fees earned into your bank account (if you want us to use this method of payment, please note that you will have to provide us with the name of your bank, the bank account type, the 9-digit routing number/ABA number, the account number and the primary account holder name as it appears on the bank account). If you select payment via Amazon.com Site gift certificate or direct deposit, we will accrue and withhold referral fees until the total amount due is at least $10.00. If you select payment via check, we will accrue and withhold referral fees until the total amount due is at least $100.00. Please note that commencing January 1, 2003, if your billing address is a US address and you select payment via check, we will deduct a processing fee in the amount of $8.00 from the referral fees payable to you for each check we send after April 1, 2003 (this charge does not apply to those with non-US billing addresses because Direct Deposit is not available to them). No processing fee will be deducted if you select payment via Amazon.com Site gift certificate or direct deposit.

## 7. Policies and Pricing

Customers who buy products or submit Card applications through this Program will be deemed to be our customers. Accordingly, all of our rules, policies, and operating procedures concerning customer orders, customer service, and product sales will apply to those customers. We may change our policies and operating procedures at any time. For example, we will determine the prices to be charged for products sold under this Program in accordance with our own pricing policies. Product prices and availability may vary from time to time. Because price changes may affect Products that you have listed on your site, your site may only show prices when we serve those prices through our "Amazon Recommends" Service or our "Amazon Web Services". In addition, if you choose to display prices for any Product on your site in any "comparison" format (including through the use of any price-comparison tool or engine) together with prices for the same or similar products offered through any web site or other outlet other than the Amazon.com Site, you must display both the lowest "new" price and, if we provide it to you, the lowest "used" price at which the Product is available on the Amazon.com Site. You may not otherwise include price information in your Product descriptions. We will use commercially reasonable efforts to present accurate information, but we cannot guarantee the availability or price of any particular product.

## 8. Identifying Yourself as an Associate

**You may not issue any press release with respect to this Agreement or your participation in the Program; such action may result in your termination from the Program.** We will make available to you a small graphic image that identifies your site as a Program participant. You must display this logo or the phrase "In association with Amazon" somewhere on your site. We may modify the text or graphic image of this notice from time to time. In addition, you may not in any manner misrepresent or embellish the relationship between us and you, or express or imply any relationship or affiliation between us and you or any other person or entity except as expressly

**A 000008**

permitted by this Agreement (including by expressing or implying that we support, sponsor, endorse, or contribute money to any charity or other cause). If we determine your site is eligible to receive Card Application Referral Fees, you may also place a Special Link on your site to enable us to serve certain graphics relating to the Card and Card applications directly to visitors on your site.

## 9.   Limited License

We grant you a nonexclusive, revocable right to use the graphic image and text described in Section 8 and such other text or images for which we grant express permission, solely for the purpose of identifying your site as a Program participant and to assist in generating Product sales or Card sales (if applicable). You may not modify the graphic image or text, or any other of our images, in any way. We reserve all of our rights in the graphic image and text, any other images, our trade names and trademarks, and all other intellectual property rights. You agree to follow our Trademark Guidelines, as those guidelines may change from time to time. We may revoke your license at any time by giving you written notice.

## 10.   Responsibility for Your Site

You will be solely responsible for the development, operation, and maintenance of your site and for all materials that appear on your site. For example, you will be solely responsible for:
   o the technical operation of your site and all related equipment
   o creating and posting Product descriptions on your site and linking those descriptions to the Amazon.com Site catalog
   o the accuracy and appropriateness of materials posted on your site (including, among other things, all Product-related materials)
   o ensuring that materials posted on your site do not violate or infringe upon the rights of any third party (including, for example, copyrights, trademarks, privacy, or other personal or proprietary rights)
   o ensuring that materials posted on your site are not libelous or otherwise illegal
   o ensuring that your site accurately and adequately discloses, either through a privacy policy or otherwise, how you collect, use, store, and disclose data collected from visitors, including, where applicable, that third parties (including advertisers) may serve content and/or advertisements and collect information directly from visitors and may place or recognize cookies on visitors' browsers.

We disclaim all liability for these matters. Further, you will indemnify and hold us harmless from all claims, damages, and expenses (including, without limitation, attorneys' fees) relating to the development, operation, maintenance, and contents of your site.

## 11.   Term of the Agreement

The term of this Agreement will begin upon our acceptance of your Program application and will end when terminated by either party. Either you or we may terminate this Agreement at any time, with or without cause, by giving the other party written notice of termination. Upon the termination of this Agreement for any reason, you will immediately cease use of, and remove from your site, all links to the Amazon.com Site, and all of our trademarks, trade dress, and logos, and all other materials provided by or on behalf of us to you pursuant hereto or in connection with the Program. You are eligible to earn referral fees only on sales of Qualifying Products that occur during the term, and referral fees earned through the date of termination will remain payable only if the related orders are not canceled or returned. We may withhold your final payment for a reasonable time to ensure that the correct amount is paid.

**A 000009**

## 12. Modification

We may modify any of the terms and conditions contained in this Agreement, at any time and in our sole discretion, by posting a change notice or a new agreement on the Amazon.com Site. Modifications may include, for example, changes in the scope of available referral fees, referral fee schedules, payment procedures, and Program rules. IF ANY MODIFICATION IS UNACCEPTABLE TO YOU, YOUR ONLY RECOURSE IS TO TERMINATE THIS AGREEMENT. YOUR CONTINUED PARTICIPATION IN THE PROGRAM FOLLOWING OUR POSTING OF A CHANGE NOTICE OR NEW AGREEMENT ON THE AMAZON.COM SITE WILL CONSTITUTE BINDING ACCEPTANCE OF THE CHANGE.

## 13. Relationship of Parties

You and we are independent contractors, and nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between the parties. You will have no authority to make or accept any offers or representations on our behalf. You will not make any statement, whether on your site or otherwise, that reasonably would contradict anything in this Section.

## 14. Limitation of Liability

We will not be liable for indirect, special, or consequential damages (or any loss of revenue, profits, or data) arising in connection with this Agreement or the Program, even if we have been advised of the possibility of such damages. Further, our aggregate liability arising with respect to this Agreement and the Program will not exceed the total referral fees paid or payable to you under this Agreement.

## 15. Disclaimers

We make no express or implied warranties or representations with respect to the Program or any products sold through the Program (including, without limitation, warranties of fitness, merchantability, noninfringement, or any implied warranties arising out of a course of performance, dealing, or trade usage). In addition, we make no representation that the operation of the Amazon.com Site will be uninterrupted or error-free, and we will not be liable for the consequences of any interruptions or errors.

## 16. Independent Investigation

YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT AND AGREE TO ALL ITS TERMS AND CONDITIONS. YOU UNDERSTAND THAT WE MAY AT ANY TIME (DIRECTLY OR INDIRECTLY) SOLICIT CUSTOMER REFERRALS ON TERMS THAT MAY DIFFER FROM THOSE CONTAINED IN THIS AGREEMENT OR OPERATE WEB SITES THAT ARE SIMILAR TO OR COMPETE WITH YOUR WEB SITE. YOU HAVE INDEPENDENTLY EVALUATED THE DESIRABILITY OF PARTICIPATING IN THE PROGRAM AND ARE NOT RELYING ON ANY REPRESENTATION, GUARANTEE, OR STATEMENT OTHER THAN AS SET FORTH IN THIS AGREEMENT.

## 17. Arbitration

Any dispute relating in any way to this Agreement (including any actual or alleged breach hereof), any transactions or activities under this Agreement or your relationship with us or any of our affiliates shall be submitted to confidential arbitration in Seattle, Washington, except that, to the extent you have in any manner violated or threatened to violate our intellectual property rights, we may seek injunctive or other appropriate relief in any state or federal court in the state of Washington (and you consent to non-exclusive jurisdiction and venue in such courts) or any other court of competent jurisdiction. Arbitration under this agreement shall be conducted under the

**A 000010**

rules then prevailing of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under this Agreement shall be joined to an arbitration involving any other party subject to this Agreement, whether through class arbitration proceedings or otherwise.

## 18. Miscellaneous

This Agreement will be governed by the laws of the United States and the state of Washington, without reference to rules governing choice of laws. You may not assign this Agreement, by operation of law or otherwise, without our prior written consent. Subject to that restriction, this Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns. Our failure to enforce your strict performance of any provision of this Agreement will not constitute a waiver of our right to subsequently enforce such provision or any other provision of this Agreement.

**A 000011**